## STATE OF CONNECTICUT *v.* LAWRENCE SMITH

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 903 (AC 30050), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*W. Theodore Koch III*, in support of the petition.

*Sarah Hanna*, assistant state's attorney, in opposition.

Decided February 4, 2010

## STATE OF CONNECTICUT *v.* SHERMAN MANSON

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 538 (AC 27561), is denied.

*William B. Westcott*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided February 9, 2010

## STATE OF CONNECTICUT *v.* ROBERT W. BOWENS

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 112 (AC 29134), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided February 9, 2010